[S. F. No. 7512. In Bank.—February 7, 1917.]

## STEAMSHIP BOWDOIN COMPANY (a Corporation), Petitioner, v. A. J. PILLSBURY et al., as Members of the Industrial Accident Commission of the State of California, Respondents.

WORKMEN'S COMPENSATION ACT—SEAMAN—ACCIDENT ON VESSEL LYING IN STATE HARBOR.—The Industrial Accident Commission of this state has jurisdiction to make an award of compensation for an accidental injury to a seaman while the vessel on which he was employed was lying in navigable waters in a harbor in this state.

APPLICATION for a Writ of Certiorari to review an award of the Industrial Accident Commission of the State of California.

The facts are stated in the opinion of the court.

Ira A. Campbell, and McCutchen, Olney & Willard, for Petitioner.

Christopher M. Bradley, and F. R. Wall, for Respondents.

THE COURT.—*Certiorari* to review an award of the Industrial Accident Commission allowing compensation to one Sievers. Sievers was a seaman on the steamer "Bowdoin," which was owned by the petitioner for the writ. He

received his injuries on said vessel, while it was lying in the harbor of Eureka, in this state.

The contention of the petitioner is that the Industrial Accident Commission has no jurisdiction to award compensation for injuries to seamen upon navigable waters. The recent decisions of this court in the two cases entitled *North Pacific Steamship Co.* v. *Industrial Accident Commission, ante*, p. 346, [163 Pac. 199, 203], preclude the sustaining of this claim.

The award is affirmed.

Rehearing denied.